AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maloney, Paul L. | District Court, WD MI | 05/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

410 W. Michigan Ave
Kalamazoo, MI 49007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 2. 1995-2007 | Berrien County Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | State of Michigan Judicial Pension | $48,624.00 |
| 2. | 2013 | Berrien County, MI Pension | $15,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Teacher, River Valley School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 (H) | | | | | | | | | |
| 2. --Allianz NFJ Dividend Value A | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 3. --Amer Cent Growth ADV | A | Dividend | J | T | | | | | |
| 4. --Blackrock Inflat Prot Bond A | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 5. --Blackrock Equity Dividend A | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 6. --American Euro Pacific Growth F | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 7. --American Gr FD of America F | A | Dividend | J | T | | | | | |
| 8. --Jennison Mid-Cap Growth A | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 9. --Pimco Low Duration FD A | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 10. --Pimco Total Return A | A | Dividend | J | T | Sold (part) | 02/06/13 | J | A | |
| 11. --Thornburg Intl Value A | A | Dividend | J | T | Buy (add'l) | 02/06/13 | J | | |
| 12. --TCW Total Return BD N | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 13. --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 14. --UBS Pace Money Market INV Fund Class P | A | Dividend | J | T | | | | | |
| 15. --Ivy Large Cap Growth A | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 16. --JP Morgan Mid Cap Value Fund Class A | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 17. --Amer Century Short Duration Inflation Prot Bond A | A | Dividend | J | T | Buy | 02/06/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Lazard Developing Mrkts Equity pft | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 19. --Invesco Small Cap Value Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 20. --Goldman Sachs Strategic Income Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 21. --Transparent Value Dividend Fund Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 22. --Transamerica Tactical Income Fund Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 23. --Sun America Focused Dividend Strategy Fund A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 24. --Alliance Bernstein Small Cap Growth Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 25. --MFS Internatl Value Fund Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 26. --John Hancock Income Fund Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 27. --Lord Abbett Short Duration Income Fund | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 28. --Franklin Templeton Global Fund Class A | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 29. Brokerage Account #2 (H) | | | | | | | | | |
| 30. --Apple Computer common stock | A | Dividend | L | T | | | | | |
| 31. --UBS Deposit Acct | A | Dividend | K | T | | | | | |
| 32. --Illinois Tool Works common stock | A | Dividend | J | T | | | | | |
| 33. --McKesson common stock | A | Dividend | J | T | | | | | |
| 34. --Schlumberger common stock | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Norfolk Southern RR common stock | A | Dividend | J | T | | | | | |
| 36. --Starbucks common stock | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 37. --Transparent Value Directiona Fund Class A | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 38. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 39. Brokerage Account #3 (H) | | | | | | | | | |
| 40. --Pace Govt Sec Fixed Income Investment Fund Class P | A | Dividend | J | T | | | | | |
| 41. --Pace Large Company Growth Equity Investment Fund Class | A | Dividend | J | T | | | | | |
| 42. --Pace Intl Emerg Mkts Equity Class P | A | Dividend | J | T | | | | | |
| 43. --Lrg Comp Value Equity Fund Class P | A | Dividend | J | T | | | | | |
| 44. --Pace Intl Equity Fund Class P | A | Dividend | J | T | | | | | |
| 45. --Pace Sm/Medium Co Growth Equity Class P | A | Dividend | J | T | | | | | |
| 46. --Pace Strategic Fixed Income Fund Class P | A | Dividend | J | T | | | | | |
| 47. --Pace Money Market Investment Fund Class P | A | Dividend | J | T | | | | | |
| 48. --Pace Global Real Estate Securities Fund Class P | A | Dividend | J | T | | | | | |
| 49. State of Michigan 401k (H) | | | | | | | | | |
| 50. --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 51. --Dodge and Cox Stock Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Rainer Lg Cap Growth Equity Fund | A | Dividend | K | T | | | | | |
| 53.  --American Funds Euro Pacific | A | Dividend | K | T | | | | | |
| 54.  --Pimco Total Return Fund I | A | Dividend | K | T | | | | | |
| 55.  --ING Small Cap Growth | A | Dividend | K | T | | | | | |
| 56.  --Oakmark Equity and Income | A | Dividend | K | T | | | | | |
| 57.  457 Retirement Acct (H) | | | | | | | | | |
| 58.  --Nationwide Fixed Acct | B | Int./Div. | L | T | | | | | |
| 59.  --Newberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 60.  403b Account (H) | | | | | | | | | |
| 61.  --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 62.  --Capital World Growth A | A | Dividend | J | T | | | | | |
| 63.  --US Govt Securities A | A | Dividend | J | T | | | | | |
| 64.  Fifth Third Bank Account | A | Interest | K | T | | | | | |
| 65.  DOJ Federal Credit Union | A | Interest | K | T | | | | | |
| 66.  403b(7) Account (H) | | | | | | | | | |
| 67.  --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 68.  --Capital World Growth A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 70. --Invesco US Growth Fund A | A | Dividend | J | T | | | | | |
| 71. --Pimco Total Return Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Maloney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544